[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED PC SCAN
4/16/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JAMES G. WILLIAMS

JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

**26CV50156**

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

L.T GALLEGOS (CHRISTOPHER GALLEGOS)
C/O DITZLER (DANIEL DITZLER)

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: JAMES G. WILLIAMS

B.   List all aliases: CHRISTOPHER WALLACE

C.   Prisoner identification number: K-79475

D.   Place of present confinement: DIXON CORRECTIONAL CENTER

E.   Address: 2600 N. BRINTON AVE. DIXON ILL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: CHRISTOPHER GALLEGOS

Title: CORRECTIONAL OFFICER

Place of Employment: DIXON CORRECTIONAL CENTER

B.   Defendant: DANIEL NITZLER

Title: CORRECTIONAL OFFICER

Place of Employment: DIXON CORRECTIONAL CENTER

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: WILLIAMS V. CASTANEDO ET AL (23-CV-50079) WILLIAMS V. TACK ET AL (3:25-CV-50477) WILLIAMS V. FULLER ET AL (3:25-CV-50478) WILLIAMS V. CASTANEDO ET AL (3:25-CV-50479) WILLIAMS V. COFFEY ET AL (3:25-CV-50480)

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
JAMES G. WILLIAMS
A.K.A
CHRISTOPHER WALLACE

D.    List all defendants: (MICHAEL CASTANEDO, SAMANTHA RODRIGUEZ, TARRY WILLIAMS) (ANDREA TACK, ARTHUR MANZARD) (MONICA FULLER LARRY S) MICHAEL CASTANEDO, MEGAN SKRZYPINSKI, SHAWN JACOBS, OFFICER ALSY, (JSUTEPET MCBRIDE) AMY COFFEY, AMY BORGER, MICHAEL REMMERS, CARLOS REYES, RYLIE BLACKBURN)

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ROCKFORD

F.    Name of judge to whom case was assigned: IAIN D. JOHNSTON

G.    Basic claim made: FAILURE TO PROTECT, DELIBERATE INDIFFERENCE, RETALIATION, CONDITIONS OF CONFINEMENT, DUE PROCESS.

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): 2023 CASE SETTLED. 2025 CASES STILL PENDING.

I.    Approximate date of disposition: 5-01-24

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON 1-07-26 AT APPROXIMATELY 3:00 AM, THE EMERGENCY RESPONSE TEAM (ERT) WOKE ME UP TO PERFORM A CELL EXTRACTION & A SHAKEDOWN OF MY ASSIGNED CELL. WHILE SEARCHING THE CELL E.R.T MEMBERS FOUND SUSPECTED CONTRABAND IN A BLACK SIZE 7 UNDER ARMOR GYM SHOE. OFFICER CHRISTOPHER GALLEGOS APPROACHED ME & ASKED ME IF I OWNED A PAIR OF UNDER ARMOR GYM SHOES & TOLD HIM "NO." HE TURNED TO MY CELLMATE DEMETRIUS DILLON & ASKED HIM DID HE OWN A PAIR OF BLACK UNDER ARMOR GYM SHOES & HE SAID "NO." OFFICER GALLEGOS LEFT FOR A FEW MINUTES & THEN RETURNED W/ OFFICER DANIEL DITZLER TO HANDCUFF ME TO THE REAR & TAKE ME TO THE RESTRICTIVE HOUSING UNIT. OFFICER GALLEGOS UN-CUFFED 1 OF MY HANDS SO THAT HE CAN HANDCUFF ME TO THE REAR & I TOLD THE BOTH OF THEM THAT I HAD A FRONTCUFF/WAISTCHAIN CUFF PERMIT & THAT I COULDN'T FIT IN 1 PAIR OF HANDCUFFS BUT IF THEY INSISTED ON ME HAVING TO BE CUFFED TO THE REAR, THEY WOULD HAVE TO USE 2 PAIR OF HANDCUFFS TO DO SO. OFFICER GALLEGOS, OFFICER DITZLER, & ANOTHER UNKNOWN OFFICER BEGAN TO FORCE BOTH OF MY ARMS BEHIND MY BACK. WHILE DOING SO, BOTH OF MY SHOULDERS BEGAN TO POP & SNAP LOUD. I KNOW THAT OFFICER GALLEGOS & OFFICER DITZLER HEARD MY SHOULDERS SNAP BECAUSE OFFICER GALLEGOS SAID, "HOLD UP. STOP. I GOT ANOTHER PAIR OF HANDCUFFS." OFFICER GALLEGOS TOOK OUT ANOTHER PAIR OF HANDCUFFS & PLACED THEM ON ME BEFORE I WAS TAKEN TO RESTRICTIVE HOUSING UNIT.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

LATER ON IN THE MORNING, NURSE PRACTITIONER MS. SWORD WAS DOING THE ROUNDS IN RESTRICTIVE HOUSING; ASKING EVERY CELL IF THEY HAD ANY MEDICAL EMERGENCIES. I INFORMED HER OF THE ENTIRE SITUATION; SHE ASKED TO SEE MY SHOULDERS, I SHOWED HER; SHE SAID, "OH MY GOD, I HAVE TO GET YOU TO X-RAY AS SOON AS POSSIBLE. IN THE MEANTIME I'M GOING TO SEND OVER SOME PREDNIZON TO DECREASE THE SWELLING & INFLAMMATION." LATER ON THAT DAY I RECEIVED THE PREDNIZONE THAT SHE PRESCRIBE. THE NURSE TOLD ME THAT THE X-RAY TECH WASN'T THERE THAT DAY & I'LL BE SCHEDULED IMMEDIATELY TO SEE HER. I FILED A GRIEVANCE CLAIMING EXCESSIVE FORCE & ASSAULT, THE SAME CHARGES I'M BRINGING FORTH, NOW. OFFICERS GALLEGOS OFFICER DITZLER & THE UNKNOWN OFFICER VIOLATED MY 8TH AMENDMENT CONSTITUTIONAL RIGHT TO BE FREE FROM ASSAULT BY OFFICERS & INMATES. I WOULD ALSO LIKE TO MAKE A DELIBERATE INDIFFERENCE CLAIM FOR THESE OFFICERS INJURING ME & THEN IGNORING MY INJURIES BECAUSE I DID TELL THEM THAT THEY BROKE BOTH OF MY SHOULDERS.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To ALLOW ME To SUE ALL DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES, AS WELL AS THEIR OFFICIAL CAPACITIES FOR THE AMOUNT OF $ 700k.

## VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _26_ day of _MAR_ , 20_26_

_James H Williams_
(Signature of plaintiff or plaintiffs)

_JAMES G. WILLIAMS_
(Print name)

_K-79475_
(I.D. Number)

_2600 N. BRINTON AVE._
_DIXON ILL 61021_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]